```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/26/12
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
STANLEY MADALONI,              :
                               :
                 Plaintiff,    :
                               :       11 Civ. 5086 (RMB) (DCF)
        - against -            :
                               :       **ADMINISTRATIVE ORDER**
MADA DESIGN, INC.,             :
                               :
                 Defendant.    :
-----------------------------------------------------------------x

Based upon Mada Design, Inc.'s bankruptcy petition filed January 20, 2012 in the United States Bankruptcy Court, Southern District of New York, and proposed defendant Iverco, Inc.'s bankruptcy petition filed January 23, 2012 in the United States Bankruptcy Court, Southern District of New York, it is hereby

**ORDERED**, that the above-entitled action be placed on the Court's suspense calendar pending resolution of the bankruptcy proceedings, see 11 U.S.C. § 362(a)(1); and it is further

**ORDERED**, that Plaintiff's application to amend the complaint to include Iverco, Inc. as a defendant is dismissed without prejudice as moot; and it is further

**ORDERED**, that the parties are directed to provide the Court with a joint status letter every 60 days on the bankruptcy proceedings.

Dated: New York, New York
       January 26, 2012



RICHARD M. BERMAN, U.S.D.J.