UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Stanley Madaloni,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>Mada Design, Inc.,<br><br>　　　　　　　Defendant. | 11 CIV 5086 (RMB) (DCF) |

### NOTICE OF WITHDRAWAL OF COUNSEL

**PLEASE TAKE NOTICE** that Keith Daniel Greenberg, Esq. of the firm Duane Morris LLP, hereby withdraws as counsel for plaintiff Stanley Madaloni in the above captioned matter. Effective immediately, please remove Keith Daniel Greenberg, Esq. from the service list of this action. All other counsel of record for the plaintiff remain the same.

Dated: May 25, 2012
　　　　New York, New York

　　　　　　　　　　　　　　　　　　/s/ Keith Daniel Greenberg
　　　　　　　　　　　　　　　　　　Keith Daniel Greenberg
　　　　　　　　　　　　　　　　　　Duane Morris LLP
　　　　　　　　　　　　　　　　　　1540 Broadway
　　　　　　　　　　　　　　　　　　New York, NY 10036
　　　　　　　　　　　　　　　　　　Telephone (212) 692-1000
　　　　　　　　　　　　　　　　　　Fax: (212) 214-0352
　　　　　　　　　　　　　　　　　　kdgreenberg@duanemorris.com

DM1\3347581.1