UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Stanley Madaloni,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>Mada Design, Inc.,<br><br>　　　　　　Defendants. | CIVIL ACTION NO.<br>11-CIV-05086 (RMB) (DCF) |

### NOTICE OF APPLICATION TO WITHDRAW AS COUNSEL

**PLEASE TAKE NOTICE** that Keith Daniel Greenberg, Esq., by declaration attached hereto, hereby makes his application to be relieved as counsel for plaintiff Stanley Madaloni in the above captioned matter and to have his appearance in this action terminated. All other counsel of record for the defendants remain the same.

Dated:  June 6, 2012
　　　　Hoboken, New Jersey

　　　　　　　　　　　　　　　　　　　　/s/ Keith Daniel Greenberg
　　　　　　　　　　　　　　　　　　　　Keith Daniel Greenberg
　　　　　　　　　　　　　　　　　　　　224 Bloomfield Street, Apt. 7
　　　　　　　　　　　　　　　　　　　　Hoboken, New Jersey 07030
　　　　　　　　　　　　　　　　　　　　Telephone (516) 729-5488
　　　　　　　　　　　　　　　　　　　　keith.d.greenberg@gmail.com

**Error! Unknown document property name.**