UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Stanley Madaloni,

           Plaintiff,

    v.

Mada Design, Inc.,

           Defendants.

CIVIL ACTION NO.
11-CIV-05086 (RMB) (DCF)

---

## DECLARATION IN SUPPORT OF APPLICATION TO WITHDRAW AS COUNSEL

Keith Daniel Greenberg, Esq. declares, pursuant to 28 U.S.C. § 1746, the following:

1. I am an attorney admitted to practice in the United States District Court for the Southern District of New York.

2. I hereby apply to be relieved as counsel for plaintiff Stanley Madaloni.

3. I make such application due to the termination of my association with the law firm of Duane Morris LLP, attorneys for plaintiff Stanley Madaloni.

4. Plaintiff Stanley Madaloni is currently represented by Anthony J. Costantini, Esq., a member of the law firm of Duane Morris LLP. At this time of this application, Mr. Costantini continues to represent plaintiff Stanley Madaloni.

5. All proceedings in the case are currently stayed as a result of a bankruptcy filing by defendant Mada Design, Inc.

6. I do not assert a retaining or charging lien.

7. I have served a copy of this application to withdraw upon plaintiff Stanley Madaloni via e-mail and upon all other parties via ECF.

Dated: June 6, 2012
New York, New York

_____
Keith Daniel Greenberg, Esq.