Berman

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/8/12

Stanley Madaloni,

        Plaintiff,

v.

Mada Design, Inc.,

        Defendants.

CIVIL ACTION NO.
11-CIV-05086 (RMB) (DCF)

## ~~PROPOSED~~ ORDER

Upon application to this Court, Keith Daniel Greenberg, Esq. is relieved as counsel for plaintiff Stanley Madaloni, and his appearance as an attorney in this action is terminated.



ORDERED:

United States District/Magistrate Judge

6/8/12
Date