# jackson | lewis
Attorneys at Law

Representing Management Exclusively in Workplace Law and Related Litigation

| | |
|---|---|
| Jackson Lewis LLP | |
| 58 South Service Road | |
| Suite 410 | |
| Melville, New York 11747 | |
| Tel 631 247-0404 | |
| Fax 631 247-0417 | |
| www.jacksonlewis.com | |

ALBANY, NY
ALBUQUERQUE, NM
ATLANTA, GA
BALTIMORE, MD
BIRMINGHAM, AL
BOSTON, MA
CHICAGO, IL
CINCINNATI, OH
CLEVELAND, OH
DALLAS, TX
DENVER, CO

DETROIT, MI
GREENVILLE, SC
HARTFORD, CT
HOUSTON, TX
INDIANAPOLIS, IN
JACKSONVILLE, FL
LAS VEGAS, NV
LONG ISLAND, NY
LOS ANGELES, CA
MEMPHIS, TN
MIAMI, FL

MILWAUKEE, WI
MINNEAPOLIS, MN
MORRISTOWN, NJ
NEW ORLEANS, LA
NEW YORK, NY
NORFOLK, VA
OMAHA, NE
ORANGE COUNTY, CA
ORLANDO, FL
PHILADELPHIA, PA
PHOENIX, AZ
PITTSBURGH, PA

PORTLAND, OR
PORTSMOUTH, NH
PROVIDENCE, RI
RALEIGH-DURHAM, NC
RICHMOND, VA
SACRAMENTO, CA
SAN DIEGO, CA
SAN FRANCISCO, CA
SEATTLE, WA
STAMFORD, CT
WASHINGTON, DC REGION
WHITE PLAINS, NY

MY DIRECT DIAL IS: 631-247-4612
MY DIRECT EMAIL IS: EHRLICHD@JACKSONLEWIS.COM

July 24, 2012

**VIA ECF & REGULAR MAIL**

Honorable Richard M. Berman
United State District Judge
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 21B
New York, New York 10007-1312

Re:  Stanley Madaloni v. Mada Design Inc.
     Civil Action No. 11-CIV-5086 (RMB/DCF)

Dear Judge Berman:

We represent Defendant, Mada Design Inc., in the above-captioned matter, but are writing on behalf of all parties to update the Court as to the status of the bankruptcy proceeding, which resulted in the stay of the above action. Defendant filed a Voluntary Petition under Chapter 7 of the United States Bankruptcy Code in the United States Bankruptcy Court for the Southern District of New York, Case No. 12-10233, and on January 26, 2012, this Court ordered a stay of all proceedings pending the appointment of, and further instructions from, a bankruptcy trustee.

Alan Nisselson was appointed as Chapter 7 Trustee. Alan Nisselson's counsel is Lori Lapin Jones of Lori Lapin Jones PLLC. The Chapter 7 Trustee has been administering to all aspects of Defendant's bankruptcy case, including, but not limited to, the liquidation of any remaining assets. We have been advised by the bankruptcy attorney for Mada Design, Robert M. Fox, that the proceedings are ongoing, but he cannot estimate the length of the bankruptcy proceeding at this time. Thus, the basis for the automatic stay is still in effect.

Thank you for your attention to this matter. Please contact the undersigned if any additional information is needed at this time.

Respectfully yours,

JACKSON LEWIS LLP

David R. Ehrlich

DRE:dc

cc:   Anthony J. Costantini, Esq. (*via email AJCostantini@duanemorris.com*)

4821-4512-1294, v. 1

## CERTIFICATE OF SERVICE

      I hereby certify that on this 24th day of July, 2012, the foregoing document was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Southern District's Local Rules, on Electronic Service upon the following parties and participants:

ANTHONY J. COSTANTINI, ESQ.
ATTORNEYS FOR PLAINTIFF
DUANE MORRIS LLP
1540 Broadway
New York, New York  10036-4086

_____
DAVID R. EHRLICH, ESQ.

4843-8938-7280, v. 1